MICHAEL MATCHO v. DEPARTMENT OF COMMUNITY AFFAIRS.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GARNER.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MORRIS BAILEY.

June 16, 1982.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. RICHARD TURNER.

June 16, 1982.

Petition for certification denied.